Jorge A. Mestre (*admitted pro hac vice*)
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC<br><br>Plaintiff,<br><br>v.<br><br>GILEAD SCIENCES, INC., et al.<br><br>Defendants. | Case No. 3:20-cv-00737-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS JAPAN TOBACCO INTERNATIONAL U.S.A., INC. AND AKROS PHARMA INC.**<br><br>Ctrm: 5-17<br>Judge: Honorable Edward M. Chen |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS JAPAN TOBACCO INTERNATIONAL U.S.A., INC. AND AKROS PHARMA INC.**

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff MSP Recovery Claims, Series LLC, by and through its undersigned counsel, hereby gives notice that it voluntarily dismisses its claims against Defendants Japan Tobacco International U.S.A., Inc. and Akros Pharma Inc. in the above-captioned action without prejudice and without costs to any party. None of the above adverse parties has served an answer or a motion for summary judgment.

Dated: May 21, 2020

Respectfully submitted,

By: /s/ Jorge A. Mestre
JORGE A. MESTRE
*(admitted pro hac vice)*
**RIVERO MESTRE LLP**
2525 Ponce de León Blvd., Suite 1000
Miami, FL 33134
(305) 445-2500
jmestre@riveromestre.com
*Counsel for MSP Recovery Claims, Series LLC*

NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS
JAPAN TOBACCO INTERNATIONAL U.S.A., INC. AND AKROS PHARMA INC.
CASE NO. 3:20-CV-00737-EMC

2

**CERTIFICATE OF SERVICE**

I certify that on May 21, 2020, I electronically served a true and correct copy of the above document by electronic mail to the email addresses below.

/s/ Jorge A. Mestre
JORGE A. MESTRE

NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS
JAPAN TOBACCO INTERNATIONAL U.S.A., INC. AND AKROS PHARMA INC.
CASE NO. 3:20-CV-00737-EMC

3